United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 3, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-30862
Summary Calendar

_____

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

                        versus

LIONEL BICKHAM,

        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-15-ALL-J

_____

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Lionel Bickham appeals his sentence following his conviction

by a jury for being a felon in possession of a firearm in violation

of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  Bickham argues that the

district court erred in increasing his offense level pursuant to

Sentencing Guidelines § 2K2.1(b)(5), which provides for a four-

level increase "[i]f the defendant used or possessed any firearm or

ammunition in connection with another felony offense."  Bickham

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

admits that the crack cocaine found in his possession was for his personal use.  The firearm, which was present in the vehicle at the time of his arrest, could have been used to facilitate his drug-related activities.[1]  The district court did not err in applying the adjustment to Bickham's offense level because the firearm was possessed in connection with Bickham's drug possession within the meaning of Sentencing Guidelines § 2K2.1(b)(5).

   AFFIRMED.

---

[1] *See United States v. Armstead*, 114 F.3d 504, 511-12 (5th Cir. 1997); *United States v. Condren*, 18 F.3d 1190, 1199-1200 (5th Cir. 1994).